

# United States District Court
## Northern District of Ohio
### Cleveland, OH 44113-1840

**Kathleen McDonald O'Malley**
**Judge**

    (216) 357-7240
Fax (216) 357-7246

July 14, 2005

Hon. Mary M. Lisi, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
Administrative Office of the United
  States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.   20544

RECEIVED 2005 JUL 19 A 11: 30 FINANCIAL DISCLOSURE OFFICE

    Re:  Part VII - Omission of Assets in 2004 Financial Disclosure Report

Your Honors:

    Thank you for allowing me this opportunity to explain the discrepancy noted in Part VII, Investments and Trusts, of my 2004 financial disclosure report dated May 3, 2005.

    Assets previously reported in my 2003 financial disclosure report are exempt from reporting in 2004 pursuant to 5 U.S.C. § 102(e)(2). This information should have been noted in Part VIII , Additional Information or Explanations, of the 2004 report.

    I apologize for the inconvenience that this omission caused. If you need any further information, please do not hesitate to contact me.

                        Sincerely



                        K
                        United States District Judge

enc: (3)

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'Malley, Kathleen M | U.S. District Court, N.D. Ohio | 05/03/2005 |

**4. Title** (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)

U.S. District Judge, Active

**5. ReportType** (check appropriate type)

○ Nomination, Date

○ Initial  ● Annual  ○ Final

**6. Reporting Period**

01/01/2004 to 12/31/2004

**7. Chambers or Office Address**

801 W. Superior Avenue

Rm 16A

Cleveland, OH 44113-1840

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Date_____

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

ONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Distinguished Visiting Jurist Professor of Law | Case Western Reserve University |
| 2. Chair | Judges' Committee, Federal Circuit Bar Association |
| 3. Advisory Board Member | Univeristy of Maryland School of Law, Intellectual Property Advisory Board |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M | 05/03/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Case Western Reserve University, Distinguished Visiting Jurist Professor of Law | $5,000 |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Vorys, Sater, Seymour & Pease |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Associaton of Corporate Patent Counsel | Jan. 31-Feb. 4 - San Juan, Puerto Rico, Educational Conference (Transporation, Hotel, Meals) |
| 2. | Federal Circuit Bar Association | Feb. 25 -26 - Washington, D.C. Conference/CLE (Transportation, Hotel, Meals) |
| | University of Maryland | Jun. 2 - Jun. 3 - Baltimore, MD. Meeting of Advisory Board (Transporation, Hotel, Meal) |
| 4. | Federal Circuit Bar Association | Jun. 24 - Jun. 29 - Colorado Springs, CO. Educational Conference/CLE (Transportation, Hotel, Meals, Program Registration) |
| | American Bar Assoc./ American Law Institute | Sept. 28 - Oct. 3 - Chicago, IL Educational seminar/Conference/CLE (Transporation, Hotel, Meals) |
| 6. | American Bar Association | Oct. 14 - Oct. 15- Newark, NJ Educational conference/CLE (Transportation, Hotel, Meals) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | G. Pappas | necklace | $7,800 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Fifth Third National Bank | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M | 05/03/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☑ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | O'Malley, Kathleen M | 05/03/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _____ 5/12/05 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544